# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ascentium Capital LLC,<br><br>Plaintiff,<br><br>v.<br><br>Central Medical Clinic of St. Paul, PLLC, and Alfonso Morales,<br><br>Defendants. | Case No. 19-cv-02831 (SRN/TNL)<br><br>**ORDER** |

Daniel J. Young, Quarles & Brady LLP, 100 South Fifth Street, Suite 1800, Minneapolis, MN 55402; and Eric Van Schyndle, Quarles & Brady LLP, 411 East Wisconsin Avenue, Suite 2350, Milwaukee, WI 53202, for Plaintiff.

Central Medical Clinic of St. Paul, PLLC, 15 Eighth Avenue North, Hopkins, MN 55343, Pro Se.

Alfonso Morales, 15 Eighth Avenue North, Hopkins, MN 55343, Pro Se.

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the Petition for Attorney's Fees, Costs, and Pre-Judgment Interest [Doc. No. 41] filed by Plaintiff Ascentium Capital LLC. Based on a review of the files, submissions, and proceedings herein, and for the reasons below, the Court **GRANTS** the Petition.

On March 26, 2021, the Court granted Plaintiff's Motion for Summary Judgment [Doc. No. 31], and awarded Plaintiff $162,520.54 in damages, post-judgment interest accruing at a rate of $71.24 per diem, and pre-judgment interest, attorney's fees, and costs to be determined after subsequent briefing. Plaintiff submitted a Petition for Attorney's

1

Fees, Costs, and Pre-Judgment Interest, seeking $36,973.56 in pre-judgment interest, $27,635.50 in attorney's fees, and $1,145.90 in costs. Defendants have not filed an objection to the Petition, and the deadline for filing an objection has expired. For the reasons given in the Court's March 26, 2021 Order [Doc. No. 38], the Court finds that Plaintiff is entitled under its contract with Defendants to $36,973.56 in pre-judgment interest.[1] The Court further finds that Plaintiff's requested attorney's fees and costs are fair and reasonable. The Court therefore grants the Petition.

Accordingly, based on the submissions and the entire file and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's Petition for Attorney's Fees, Costs, and Pre-Judgment Interest [Doc. No. 41] is **GRANTED**, as follows:

1. Plaintiff is awarded pre-judgment interest in the amount of $36,973.56;
2. Plaintiff is awarded attorney's fees in the amount of $27,635.50;
3. Plaintiff is awarded costs in the amount of $1,145.90; and
4. Defendants shall be jointly and severally liable for payment of the foregoing.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 30, 2021
s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge

---

[1] The pre-judgment interest award represents interest accruing at a rate of $71.24 per diem, for 519 days (interest began to accrue 30 days after Ascentium's demand for payment on September 24, 2019, and continued until the Court entered judgment on March 26, 2021).